

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

March 31, 2021

BY ECF

Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

      Re:  Gonzalo Rivera Garcia v. Comm'r of Soc. Sec.
         20 Civ. 7201 (AEK)

Dear Judge Krause:

  Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on April 2, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until June 1, 2021. The reason for this request is the Social Security Administration ("SSA") needs more time to prepare the record. As a result of the pandemic SSA has had to redesign its business process to produce records remotely, and is also faced with the challenge of a significant increase in the number of new cases filed. One prior adjournment was granted in this case. We appreciate the Court's consideration of this request.

              Respectfully,

APPLICATION GRANTED.
Dated: April 1, 2021

              AUDREY STRAUSS
              United States Attorney

SO ORDERED.

*/s/ Andrew Krause*

               s/ *Susan D. Baird*
ANDREW E. KRAUSE        SUSAN D. BAIRD
United States Magistrate Judge      Assistant United States Attorney
              tel. (212) 637-2713
              Susan.Baird@usdoj.gov

  cc: Daniel Berger, Esq.